**Appeal Ordered Withdrawn and Opinion issued February 22, 1999**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-98-01751-CR

## GARY STODDARD, Appellant

## V.

## STATE OF TEXAS, Appellee

On Appeal from the 195th District Court
Dallas County, Texas
Trial Court Cause No. 93-31571

# OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-98-01751-CR   Date Filed: 10/20/1998

Style: Stoddard, Gary
v.
The State of Texas

APP    Vincent R. Kirst
ATT 011533500
Kirst & Witherspoon
101 North MacArthur Boulevard
Irving, TX 75061
Phone 214/254-3148
Fax

CLK    District Clerk
DCK 000000195
195th Judicial District Court
133 N. Industrial Blvd
Dallas, TX 75207

JDG    Judge
JDG 000000195
195th Judicial District Court
133 N. Industrial Blvd
Dallas, TX 75207

STA    Sue Korioth
ATT 011681975
Assistant District Attorney
Frank Crowley Courts Building
133 North Industrial Blvd., LB 19
Dallas, TX 75207
Phone 214/653-3661
Fax 215/653-3643

05-98-1751-CR

CC: Clerk -

CC: Judge -

Author of opinion Chief Justice Thomas

Trial Court Judge Nelms

Rehear denied_____

**\*\*THIS OPINION IS RELEASED FOR PUBLICATION   YES /   NO**